379 A.2d 588

Commonwealth v. Gregg, Appellant.

 Submitted September 13, 1976. Joseph Alessandroni, Jr., for appellant; John M. DiDonato, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.